**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:01cr00057-002** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ANTHONY C. HRIBAR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on October 17, 2011, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of his supervised release.  Defendant was present and represented by Attorney Marcus Sidoit.

The original violation report was referred to United States Magistrate Judge George J. Limbert on August 4, 2011 [Doc. 99] to conduct appropriate proceedings, except sentencing, and for the issuance of a Report and Recommendation.  A Report and Recommendation was issued on September 30, 2011 [Doc. 107] and the parties filed no objections.

The Court adopted the Report and Recommendation and found that defendant violated the conditions of supervision as follows:

1) failure to report contact with law enforcement;

2) failure to participate in drug treatment and testing;

3) failure to report to the probation officer as directed/failure to submit monthly supervision reports.

The Court, after hearing statements from counsel for the parties as well as the defendant himself and considering the Section 3553 factors, imposed sentence and committed defendant to the Bureau of Prisons for a term of 12 months.  Defendant was granted credit for time served.

The Court, upon request of defense counsel, continued defendant's bond as earlier imposed in this case to permit defendant time to tend to personal matters.  Defendant shall self-report to the Office of the U.S. Marshal (Cleveland) by 12:00 noon on Monday, October 24, 2011.


Dated: October 18, 2011                              *s/    James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE